IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLESTON S. WILLIAMS, | § | |
| | § | |
| Defendant Below- | § | No. 483, 2014 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Kent County |
| | § | Cr. ID No. 0910002934 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: September 16, 2014
Decided: September 23, 2014

## **ORDER**

This 23rd day of September 2014, it appears to the Court that, on September 3, 2014, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file a notice of appeal within thirty days of the October 3, 2013 order denying his motion for correction of illegal sentence. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice